# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1893
LT Case No. 2018-CF-001574-A

_____

STATE OF FLORIDA,

    Appellant,

    v.

DERRICK LEON MATHIS, JR.,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Ashley Moody, Attorney General, Tallahassee, and Richard
A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellant.

Carlus L. Haynes, of Law Office of Haynes & Laurent, P.A.,
Orlando, for Appellee.


May 14, 2024


PER CURIAM.

    AFFIRMED.


MAKAR and BOATWRIGHT, JJ., concur.
MACIVER, J., dissents without opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____